**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CRAIG WRIGHT,<br><br>        Petitioner,<br><br>        v.<br><br>STEVE LANGFORD, Warden,<br><br>        Respondent. | Case No. CV 16-1339-AB (JPR)<br><br>**J U D G M E N T** |

Pursuant to the Order Summarily Dismissing Habeas Petition and Administratively Closing Case,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice to Petitioner's refiling it as a civil-rights lawsuit.

DATED: March 8, 2016

ANDRÉ BIROTTE JR.
U.S. DISTRICT JUDGE